UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) ) | CRIM. NO. 05-30026-MAP<br><br>VIOLATIONS:<br><br>18 U.S.C. §922(g)(1) - Possession of Ammunition by a Convicted Felon; 18 U.S.C. Aiding and Abetting § 2   (Count One) |
| V. |  |  |
| CARLOS SALVATE,<br>            Defendant. |  |  |

### INDICTMENT

The Grand Jury charges that:

COUNT ONE:    Title 18, United States Code, Section 922(g)(1) - Possession of Ammunition by a Convicted Felon

On or about September 21, 2004, in Hampden County, in the District of Massachusetts,

**CARLOS SALVATE,**

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly did possess, in or affecting interstate commerce, the following ammunition:

- Nine rounds of 357 caliber ammunition;
- Three rounds of 38 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1); and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
Paul Hart Smyth
Assistant United States Attorney



DISTRICT OF MASSACHUSETTS: _____May 12_____, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT




2