AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

__FIRST__ DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

CARLOS SALVATE

**APPEARANCE**

Case Number: CR05-30026-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America.

I certify that I am admitted to practice in this court.

__May 12, 2005__
Date

Signature

__PAUL H. SMYTH__                __634600__
Print Name                                          Bar Number

__1550 MAIN STREET, SUITE 310__
Address

__SPRINGFIELD,__         __MA__    __01103__
City                                  State            Zip Code

__413-785-0235__            __413-785-0394__
Phone Number                              Fax Number