UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 MAY 12 P 1: 25

UNITED STATES OF AMERICA )
 )
v. )
 ) Cr. No. 05-30026-MAP
CARLOS SALVATE, )
 )
           Defendant. )

## GOVERNMENT'S MOTION TO SEAL AND IMPOUND

The United States of America, by its undersigned attorneys, respectfully requests that the Court seal and impound the accompanying search warrant and affidavit, returns and all other documents relating to the search warrant and affidavit. The investigation is confidential and continuing. Premature release of these documents and any resulting court orders could jeopardize the investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
PAUL H. SMYTH
Assistant U.S. Attorney

Date: May 12, 2005.