# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

TO the Marshal for the District of Massachusetts, or any of his deputies, and to:

**HAMPDEN COUNTY HOUSE OF CORRECTIONS**
**629 Randall Road**
**Ludlow, MA 01056**

YOU ARE COMMANDED to have the body of <u>**CARLOS SALVATE (year of birth 1977)**</u> now in your custody, before the United States District Court for the District of Massachusetts, Western Section, Federal Building and Courthouse, Marshal's Office, Room 418, 1550 Main Street, Springfield, MA, on <u>**May 20, 2005 at 10:00 a.m.**</u> for the purpose of <u>**initial appearance and arraignment**</u> in the case of <u>**UNITED STATES v. SALVATE**</u>, Criminal Action No. <u>**05-30026-MAP**</u>. And you are to retain the body of said <u>**CARLOS SALVATE**</u> before the Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said before said Court shall be necessary, and as soon as may be thereafter to return said before said Court shall be necessary, and as soon as may be thereafter to return said <u>**CARLOS SALVATE**</u> to the institution from which (s)he was taken, under safe and secure conduct, to be there imprisoned as if (s)he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

DATED at Springfield, Massachusetts, this eighteenth day of May, 2005.

**Sarah A. Thornton, Clerk**

**By:**   /s/ Bethaney A. Healy
         **Deputy Clerk**

---

I hereby certify that this writ has been satisfied with the named defendant being returned to the custody of _____ following his/her presentment in U.S. District Court, Springfield, Massachusetts.

**CERTIFICATION:**
_____              **Dated:** _____