UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CARLOS SALVATE ) | Criminal No. _____ |

## GOVERNMENT'S MOTION TO UNSEAL
## INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the Defendant was brought in for his initial appearance on May 20, 2005, and there is no further reason to keep the indictment secret.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Paul Hart Smyth
Assistant U.S. Attorney

Date: May 20, 2005