AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

## APPEARANCE

U.S.A.
v.
CARLOS SALVATE

Case Number: 05 30026 MKP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Carlos Salvate

May 20, 2005
Date

Signature

Jeffrey S Brown
Print Name

393 Main Street P.O. Box 985
Address

Greenfield, MA 01302
City            State         Zip Code

413-772-8600
Phone Number

BBO# 558787