UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  Criminal Action No. 05 30026-MAP

CARLOS SALVATE

### NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, Carlos Salvate

[X] states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).

[ ] waives the automatic disclosure of discovery material pursuant to Local Rule 116.1(B). Discovery will be obtained directly through the provisions of the Federal Rules of Criminal Procedure in the manner provided under Local Rule 116.3.

If no election is made, automatic discovery will be conducted pursuant to the Local Rules.

5/20/05
Date

Attorney for the Defendant
Jeffrey S Brown
BBO # 558787

### Certificate of Service

I hereby certify that on 5/20/05, I served a copy of this document via ~~mail/in-hand~~ viewing upon counsel for the Government.

Attorney for Defendant