UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-30026-MAP |
| | ) | |
| | ) | |
| CARLOS SALVATE, | ) | |
| Defendant | ) | |

SCHEDULING ORDER
May 23, 2005

NEIMAN, U.S.M.J.

Carlos Salvate ("Defendant") having been arraigned before the court this day and

having elected to proceed under the automatic discovery rules, IT IS HEREBY

ORDERED in accordance with Local Criminal Rules (LR) 116.1 through 116.5 that

further proceedings shall be governed as follows:

1.    The Government shall produce, on or before June 3, 2005, those materials

required to be produced under LR 116.1(C).

2.    Defendants shall produce, on or before June 17, 2005, those materials

required to be produced under LR 116.1(D).

3.    Any discovery request letters shall be sent and filed by July 1, 2005.   *See*

LR 116.3(A) and (H).

4.    Any responses to discovery request letters shall be sent and filed within

fourteen days of receipt of the discovery request letter(s) referred to in Paragraph

3 above *or* on or before July 15, 2005, *whichever date shall first occur.  See* LR

116.3(A).

5.     Consistent with the provisions of LR 116.3(E) through (H), any and all discovery motions shall be filed on or before fourteen days after the receipt of the opposing party's declination to provide the requested discovery *or* fourteen days after the opposing party has received the discovery request letter and has failed to respond thereto, *whichever date shall first occur. See* LR 116.3(E) through (H).

6.     Consistent with the provisions of Paragraph 5 above, a response  to any motion shall be filed on or before fourteen days after the motion has been filed. *See* LR 116.3(I).

7.     An Initial Status Conference in accordance with LR 116.5 will be held on July 19, 2005 at 3:30 p.m. in Courtroom III.[1]

8.     A joint memorandum addressing those items set forth in Local Rule 116.5(A)(1) through (7) shall be filed on or before the close of business, July 18, 2005.

DATED: May 23, 2005                    /s/ Kenneth P. Neiman
                                       KENNETH P. NEIMAN
                                       U.S. Magistrate Judge

---

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as the court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Fed. R. Crim. P. 43, defendants in custody will not be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference. *See* Fed. R. Crim. P. 43(c)(3).

2