UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
)
)
v. ) Criminal No. 05-30026-MAP
)
)
)
CARLOS SALVATE, )
          Defendant )

FINAL STATUS REPORT
November 29, 2005

NEIMAN, U.S.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. All discovery has been completed.

2. An initial pretrial conference has been scheduled for January 19, 2006, at 3:00 p.m. in Courtroom I. Defendant intends to file a motion to suppress by December 20, 2005, to which the Government will respond by January 13, 2006.

3. The parties estimate that a trial, if necessary, will take approximately four days.

4. Defendant does not intend to raise a defense of insanity or public authority.

5. The parties -- and the court -- agree that, as of today, no time has run on the Speedy Trial clock. An Order of Excludable Delay shall issue.

6.     There are no other matters relevant to the progress or resolution of the case.

DATED: November 29, 2005

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge