UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 FEB -7 P 3: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO.  05-30026-MAP |
| | ) | |
| CARLOS SALVATE | ) | |
| | ) | |

## MOTION TO EXTEND TIME FOR FILING MOTION TO SUPPRESS

NOW COMES the defendant, Carlos Salvate, by and through counsel, and moves this Honorable Court to grant an extension of time for the defendant to file his motion to suppress evidence. The defendant seeks an extension from January 30, 2006 until February 7, 2006.

As reason therefore defense counsel states that he was unable to file the motion to suppress by January 30, 2006 due to other demands on his time, both professional and family related, which prevented defense counsel from having a sufficient block of time to focus on the defendant's motion to suppress. The defendant's Motion to Suppress Evidence, along with the supporting documents, is being filed herewith.

DATED:  February 7, 2006

The defendant,

Carlos Salvate

By

Jeffrey S. Brown
MacNicol, Toombs & Brown, LLP
393 Main Street, P.O. Box 985
Greenfield, MA 01302
413-772-8600
BBO# 558787

AFFIDAVIT OF JEFFREY S. BROWN

I, Jeffrey S. Brown, hereby swear and affirm that the information contained in the foregoing motion is true and accurate to the best of my knowledge and belief.

Signed under the pains and penalties of perjury this 7th day of February, 2005.

Jeffrey S. Brown

CERTIFICATE OF SERVICE

I, Jeffrey S. Brown, hereby certify that I served a copy of the foregoing motion, the attached supporting affidavit and memorandum of law, on Assistant United States Attorney Paul Smyth in hand to the United States Attorney's Office on this date.

Jeffrey S. Brown

DATED: February 7, 2006