UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: HAMPDEN COUNTY JAIL

YOU ARE COMMANDED to have the body of __CARLOS SALVATE_____ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, U.S. Marshal Service, Room 418, 4th Floor, 1550 Main St., Springfield, Massachusetts on_ 4/24/2996___, a __3::00 P.M.__

for the purpose of ___CHANGE OF PLEA HEARING_____

in the case of    UNITED STATES OF AMERICA V. __CARLOS SALVATE_____

CR Number 05-30026-MAP_____

And you are to retain the body of said __CARLOS SALVATE_____ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __CARLOS SALVATE_____ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __20TH____ day of_ APRIL ,2006_____.


/s/ MICHAEL A. PONSOR
_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

SEAL

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)