UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO. 05-CR-30026-MAP |
| ) | |
| CARLOS SALVATE ) | |

**MOTION TO CONTINUE SENTENCING HEARING**

NOW COMES the defendant, Carlos Salvate, by and through counsel and moves this Honorable Court to continue the sentencing hearing of the above captioned matter presently scheduled for August 30, 2006 at 2:00 pm.

As reason therefore defense counsel states that:

1. He requires additional time to review the Presentence Report with the defendant and prepare motions for downward departure.

2. Counsel's current schedule including the moving of his law practice from Greenfield to Agawam and scheduled time off from August 23, 2006 through August 29, 2006 has not allowed for the preparation of the necessary motions.

3. Counsel requests a continuance of three weeks.

DATED: August 23, 2006

The defendant,

Carlos Salvate

By _____
Jeffrey S. Brown
62 Suffield Street
Agawam, MA 01001
BBO# 558787

413-786-9800

## AFFIDAVIT OF JEFFREY S. BROWN

I, Jeffrey S. Brown, hereby swear and affirm that the information contained in the foregoing motion is true.

Signed under the pains and penalties of perjury this 23rd day of August, 2006.

_____
Jeffrey S. Brown

## CERTIFICATE OF SERVICE

I, Jeffrey S. Brown, hereby swear and affirm that I served a copy of the foregoing document on Assistant United States Attorney Paul Smyth by facsimile on this 23rd day of August, 2006.

_____
Jeffrey S. Brown