UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO. 05-CR-30026-MAP |
| ) | |
| CARLOS SALVATE ) | |

**NOTICE OF COUNSEL'S CHANGE OF ADDRESS
AND CONTACT INFORMATION**

PLEASE TAKE NOTICE that effective Monday, August 21, 2006 defense counsel's address and contact information will be changed to:

Jeffrey S. Brown
62 Suffield Street
Agawam, MA 01001
413-786-9800
413-786-3900 fax
413-330-3681 cell
jsbrwn@comcast.net

DATED: August 23, 2006

Jeffrey S Brown
62 Suffield Street
Agawam, MA 01001
BBO# 558787
413-786-9800

**CERTIFICATE OF SERVICE**

I, Jeffrey S. Brown, hereby swear and affirm that I served a copy of the foregoing document on Assistant United States Attorney Paul Smyth by facsimile on this 23rd day of August, 2006.

Jeffrey S. Brown